U.S. District Court for the Middle District of Pennsylvania
Motion under 28 U.S.C. § 2241

Raheem Louis-EL,
    petitioner
    v.                   Case no. 3:18 cv 877
David J. Ebbert, Warden,
    defendant

Petitioner's address:
Raheem Louis-EL
08505-094
United States Penitentiary
P.O. Box 1000
Lewisburg, Pennsylvania
17837

page 1 of 4

<u>Defendant's address:</u>
Warden David J. Ebbert
United States Penitentiary
  P.O. Box 1000
Lewisburg, Pennsylvania 17837


<u>Reason for Petition:</u>
Prison Condition(s)


   Petitioner hereby attests that no Administrative Remedy was filed in this matter because this Institution <u>systematically deprives</u> prisoners of use of the Prison grievance procedure. This material FACT has been placed before this Honorable Court, in several recent cases i.e. Anthony Moneyham v United States of America et al., Civil No. 3:17-cv-2350.

Ground 1.    This is a claim of Assault and Racial Discrimination by Bureau of Prison Employee K. Solomon occurring on April 15, 2018 between approximately 7:00 pm to 10:00 pm at USP Lewisburg. This officer shove me into my cell while I was handcuffed behind my back and the video footage in (B2) Block will verified this.

I hereby motion the court to put a restraining order on the B.o.P specifically at USP Lewisburg to not destroy the camera footage? I also motion this court to subpoena officer K. Solomon's disciplinary record? I also motion the court for a restraining order to prevent USP Lewisburg staff from obstructing the Prison grievance procedure. He has been written up by Prisoners several times for Racial Discrimination. Also this Institution and its officers are known for using excessive force against Moorish Americans (sometimes referred to as African Americans) see Anthony Meneyham v. United States of America, 3:17-cv-2350.

I also ask for punishment against officer K. Solomon to the fullest extent of the law. If there is no penalty imposed, then the officer's actions are justified, which is why this issue and others are ongoing! Penalties imposed, shows and verifies by action, that the Judicial System does not tolerate Racial Discrimination nor Assaults by officers based on Race, which Constitutes a Hate Crime!

If the Courts do not intervene and fix this problem which has been ongoing for years, then the courts are obeying the Racial Discrimination and Assault being complained of, because the Bureau of Prison has shown that they will not do anything about this problem. I hereby invoke 18 USC section 241!

For Remedy Petitioner asks for $25,000.00 in monetary damages!

April 16, 2018
date

/s/ Raheem Louis-El
Raheem Louis-El

Petitioner affirms that the foregoing facts are all true and correct.

page 4 of 4

Inmate Name: Raheem Louis-EL
Register Number: 08505-094
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837   APR 20 2018

"SPECIAL MAIL"
4/16/18

RECEIVED
SCRANTON
4/18/18
APR 23 2018
PER _____ DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

18501148 B055