UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHEEM LOUIS-EI, | Civil No. 3:18-cv-0877 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DAVID J. EBBERT, | |
| Defendant | |

## ORDER

**AND NOW**, this _6th_ day of September, 2019, upon consideration of Defendant's motion for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion (Doc. 28) for summary judgment is **GRANTED**. Judgment is hereby **ENTERED** in favor of Defendants and against Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge